**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **James** First Name <br> _____ Middle Name <br> **Smith** Last Name <br> **Jr.** Suffix (Sr., Jr., II, III) | **Lillie** First Name <br> _____ Middle Name <br> **Smith** Last Name <br> _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name <br> Middle Name <br> Last Name | First Name <br> Middle Name <br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 4 7 8 <br> OR <br> 9xx – xx – ____ | xxx – xx – 9 8 4 9 <br> OR <br> 9xx – xx – ____ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and doing business as names | ☑ I have not used any business names or EINs. <br> Business name <br> Business name <br> Business name | ☑ I have not used any business names or EINs. <br> Business name <br> Business name <br> Business name |

Debtor 1 _____  01/08/2016 10:05:29am
First Name    Middle Name    Last Name
Case number (if known)

**About Debtor 1:**

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**About Debtor 2 (Spouse Only in a Joint Case):**

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

**227 Livas Lane**
Number    Street

**Thibodaux**    **LA**    **70301**
City    State    ZIP Code

**Lafourche**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**227 Livas Lane**
Number    Street

P.O. Box

**Thibodaux**    **LA**    **70301**
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

**227 Livas Lane**
Number    Street

**Thibodaux**    **LA**    **70301**
City    State    ZIP Code

**Lafourche**
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

**227 Livas Lane**
Number    Street

P.O. Box

**Thibodaux**    **LA**    **70301**
City    State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one: (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor _____
    First Name      Middle Name      Last Name         Case number (if known)

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **edla** _____ When **11/13/2014** Case number **14-13086**
                                MM / DD / YYYY

District _____ When _____ Case number _____
                                MM / DD / YYYY

District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                MM / DD / YYYY  if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                MM / DD / YYYY  if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE

**JAMES SMITH, JR.**
**LILLIE SMITH**
DEBTOR(S)

**BANKRUPTCY NO.**
**14-13086**
**SECTION "B"**
CHAPTER 13

### ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on

December 2, 2015 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to

dismiss case *for failure to comply with the Plan* **(P-34)**.

Proper notice having been given and no objection having been filed,

**IT IS ORDERED** that the motion is **GRANTED** and the case is

**DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the

voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, December 2, 2015.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number     Street

_____

_____

_____
City                 State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                       Number     Street

_____

_____
City                 State      ZIP Code

First Name     Middle Name     Last Name     Case number (if known)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James Smith, Jr.**
Signature of Debtor 1

Executed on **01/08/2016**
MM / DD / YYYY

X **/s/ Lillie Smith**
Signature of Debtor 2

Executed on **01/08/2016**
MM / DD / YYYY

First Name    Middle Name    Last Name    Case number (if known)    01/08/2016 10:05:30am

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Elisabeth D. Harrington**
Signature of Attorney for Debtor    Date **01/08/2016**
MM / DD / YYYY

**Elisabeth D. Harrington**
Printed name

**Harrington & Myers**
Firm Name

**2901 N. Causeway Blv**
Number    Street

**Suite 303**

**Metairie**    **LA**    **70002**
City    State    ZIP Code

Contact phone **(504) 861-0550**    Email address

**20852**    **la**
Bar number    State

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 7

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **James** First Name | Middle Name | **Smith, Jr.** Last Name |
| Debtor 2 (Spouse, if filing) | **Lillie** First Name | Middle Name | **Smith** Last Name |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................➔ **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | | ☐ Debtor 1 only | | |
| Model: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | **$28,000.00** | **$28,000.00** |
| Other information: | | | | |
| 2012 chevy truck | | ☐ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | chevy | ☐ Debtor 1 only | | |
| Model: | camero | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2013 | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | **$30,000.00** | **$30,000.00** |
| Other information: | | | | |
| 2013 chevy camero-repossed in December | | ☐ Check if this is community property (see instructions) | | |

Debtor 1    **James**      **Smith, Jr.**      Case number (if known) _____   04/08/2016 10:41:40am

First Name     Middle Name     Last Name

| 3.3. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|
| Make: _____ | Check one. | amount of any secured claims on *Schedule D:* |
| Model: _____ | ☐ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: _____ | ☐ Debtor 2 only | |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | |

**Current value of the entire property?**      **Current value of the portion you own?**

$10,000.00          $10,000.00

**2000 16x80 mobile home without land principal residence**

☐ **Check if this is community property** (see instructions)

**4.**   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.**   Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2. Write that number here......................................➔    **$68,000.00**

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6.**   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... **Household goods & furnishings**      **$3,541.00**

**7.**   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

**8.**   **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9.**   **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... **wearing apparel**      **$2,500.00**

Debtor 1   **James**            **Smith, Jr.**          Case number (if known) _____    01/08/2016 10:41:44am
         First Name      Middle Name      Last Name

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... **wedding engagement ring(s)**

                                                          **$1,000.00**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...............................................................................................** →    **$7,041.00**

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?              Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.......................................................................................................................................... Cash: .......................... _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................      Institution name:

     17.1.    Other financial account: **checking account**                        **$10.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.........................    Name of entity:                     % of ownership:

Debtor 1 _____James_____ _____ _____Smith, Jr._____     Case number (if known) _____
         First Name        Middle Name        Last Name

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
   information about
   them...........................    _____    _____

                                      _____    _____

                                      _____    _____

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
            profit-sharing plans

☐ No
☑ Yes. List each
   account separately.    Type of account:    Institution name:

                          Additional account:    **tax defferred, retirement/pension/IRA**
                                                  **401**                                          $300.00

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.............................    Institution name or individual:

**23.** **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............................    Issuer name and description:

                                      _____    _____

                                      _____    _____

                                      _____    _____

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

                                      _____    _____

                                      _____    _____

                                      _____    _____

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific
   information about them                                                           _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific
   information about them                                                           _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific
   information about them                                                           _____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

| | |
|---|---|
| Federal: | **$0.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | **$0.00** |
| Maintenance: | **$0.00** |
| Support: | **$0.00** |
| Divorce settlement: | **$0.00** |
| Property settlement: | **$0.00** |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |
| | | |
| | | |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☐ No
☑ Yes. Give specific information  **Wife--Both biological parents are alive and debtor has not been adopted.  No other party has left debtor an inheritance**    **$0.00**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim........ **interest in all earned income credit derived from federal tax returns**    **$0.00**

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

Debtor 1 **James**                    **Smith, Jr.**          Case number (if known) _____
    First Name    Middle Name    Last Name

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................... ➔ | $310.00 |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

|  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

38. Accounts receivable or commissions you already earned

☑ No
☐ Yes. Describe.. | _____

39. Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. | _____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes. Describe.. | _____

41. Inventory

☑ No
☐ Yes. Describe..... | _____

42. Interests in partnerships or joint ventures

☑ No
☐ Yes. Describe..... Name of entity:        % of ownership:

_____ _____ _____
_____ _____ _____
_____ _____ _____

43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe..... | _____

44. Any business-related property you did not already list

☑ No
☐ Yes. Give specific information...........

_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____

Debtor 1    James            Smith, Jr.                          Case number (if known) _____  01/08/2016 10:41:44am
          First Name   Middle Name   Last Name

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here.................................................................................... →    $0.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
         If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

                                                                         Current value of the
                                                                         portion you own?
                                                                         Do not deduct secured
                                                                         claims or exemptions.

47. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....

48. **Crops—either growing or harvested**
    ☑ No
    ☐ Yes. Give specific
         information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes. Give specific
         information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here.................................................................................... →    $0.00

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific
         information..................

54. Add the dollar value of all of your entries from Part 7. Write that number here.......................... →    $0.00

Debtor 1    __James__ _____ __Smith, Jr.__
    First Name      Middle Name     Last Name        Case number (if known) _____

## Part 8:  List the Totals of Each Part of this Form

55.  Part 1: Total real estate, line 2.................................................................................................................→      $0.00

56.  Part 2: Total vehicles, line 5      $68,000.00

57.  Part 3: Total personal and household items, line 15      $7,041.00

58.  Part 4: Total financial assets, line 36      $310.00

59.  Part 5: Total business-related property, line 45      $0.00

60.  Part 6: Total farm- and fishing-related property, line 52      $0.00

61.  Part 7: Total other property not listed, line 54   +    $0.00

62.  Total personal property.    Add lines 56 through 61..................    $75,351.00    Copy personal property total  →  +   $75,351.00

63.  Total of all property on Schedule A/B.    Add line 55 + line 62........................................................................    $75,351.00

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description **2012 chevy truck** Line from *Schedule A/B*: __3.1__ | **$28,000.00** | ☑ __$7,500.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(2)** |
| Brief description **2000 16x80 mobile home without land principal residence** Line from *Schedule A/B*: __3.3__ | **$10,000.00** | ☑ __$35,000.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. Const. Art. 12, § 9; La. Rev. Stat. § 20:1** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | James | | Smith, Jr. | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description **Household goods & furnishings** Line from *Schedule A/B*: __6__ | __$3,541.00__ | ☑ __$3,541.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description **wearing apparel** Line from *Schedule A/B*: __11__ | __$2,500.00__ | ☑ __$2,500.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(4)** |
| Brief description **wedding engagement ring(s)** Line from *Schedule A/B*: __12__ | __$1,000.00__ | ☑ __$1,000.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13:3881(A)(5)** |
| Brief description **tax defferred, retirement/pension/IRA 401** Line from *Schedule A/B*: __21__ | __$300.00__ | ☑ __$300.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 13-3881(D)** |
| Brief description **interest in all earned income credit derived from federal tax returns** Line from *Schedule A/B*: __34__ | __Unknown__ | ☑ __$0.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **La. R.S. § 46:111** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured
   claim, list the creditor separately for each claim. If more than one
   creditor has a particular claim, list the other creditors in Part 2. As
   much as possible, list the claims in alphabetical order according to the
   creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Americredit**
Creditor's name
**PO Box 78143**
Number     Street

**Describe the property that
secures the claim:**

— **chevy truck**

$28,000.00          $28,000.00

**Phoenix          AZ     85062**
City          State     ZIP Code

**Who owes the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Pmsi**

**Date debt was incurred** _____     **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write
that number here:**

$28,000.00

Debtor 1 ___James___ _____ ___Smith, Jr.___
    First Name       Middle Name       Last Name

Case number (if known) _____

01/08/2016 10:41:46am

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|

**2.2**

**Americredit**
Creditor's name
**PO Box 183834**
Number    Street

Describe the property that secures the claim:      **$30,000.00**      **$30,000.00**

**2013 chevy camero-repossed in December**

**Arlington**     **TX**    **76096**
City          State    ZIP Code

**Who owes the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.3**

**Americredit (truck ap)**
Creditor's name
**PO Box 78143**
Number    Street

Describe the property that secures the claim:      **$500.00**      **$28,000.00**

**truck**

**Phoenix**     **AZ**    **85062**
City          State    ZIP Code

**Who owes the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Ap**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:      **$30,500.00**

Debtor 1 __**James**_____**Smith, Jr.**_____ Case number (if known) _____
     First Name    Middle Name       Last Name

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion if any |
|---|---|---|---|---|

**2.4**

**Ameriplus**
Creditor's name
**209 Bayou Gardens Blvd**
Number  Street

**G1-8**

**Houma**     **LA**   **70364**
City       State   ZIP Code

**Who owes the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**household**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **loan**

Last 4 digits of account number __ __ __ __

Column A: **$950.00**   Column B: **$0.00**   Column C: **$950.00**

---

**2.5**

**Delta Financial**
Creditor's name
**108 A West Main St.**
Number  Street

**Thibodaux**    **LA**   **70301**
City       State   ZIP Code

**Who owes the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**mobile home**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Pledge**

Last 4 digits of account number __ __ __ __

Column A: **$12,000.00**   Column B: **$10,000.00**   Column C: **$2,000.00**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$12,950.00**

Debtor 1 **James** **Smith, Jr.** 01/08/2016 10:41:46am

First Name    Middle Name    Last Name

Case number (if known) _____

| | | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | | | | |

| 2.6 | | Describe the property that secures the claim: | $1,300.00 | $0.00 | $1,300.00 |

**Finance Service of Thibodaux**
Creditor's name        **household**
**1103 St. Mary St.**
Number    Street

_____

**Thibodaux    LA    70301**
City        State    ZIP Code

**Who owes the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **loan** _____

**Last 4 digits of account number** ___ ___ ___ ___

| 2.7 | | Describe the property that secures the claim: | $980.00 | $0.00 | $980.00 |

**first franklin**
Creditor's name        **household**
**327 N. Canal Blvd**
Number    Street

_____

**Thibodaux    LA    70302**
City        State    ZIP Code

**Who owes the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **loan** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $2,280.00

Debtor 1    _____    Case number (if known) _____    09/08/2016 10:41:46am
             First Name    Middle Name    Last Name

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion if any |

---

**2.8**

**First Heritage Credit**
Creditor's name

**1651 St. Mary St.**
Number    Street

Describe the property that secures the claim:

household

**$1,000.00**      **$0.00**      **$1,000.00**

**Thibodaux**    **LA**    **70301**
City      State    ZIP Code

**Who owes the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  loan

Last 4 digits of account number ___ ___ ___ ___

---

**2.9**

**Republic Finance**
Creditor's name

**507 B St. Philip St.**
Number    Street

Describe the property that secures the claim:

household

**$1,775.00**      **$0.00**      **$1,775.00**

**Thibodaux**    **LA**    **70301**
City      State    ZIP Code

**Who owes the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  loan

Last 4 digits of account number ___ ___ ___ ___ .

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$2,775.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$76,505.00**

**Fill in this information to identify your case:**

| Debtor 1 | **James** | | **Smith, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,380.00 | $2,380.00 | $0.00 |

**Harrington & Myers**
Priority Creditor's Name
**2901 N. Causeway Blvd.**
Number        Street
**Suite 303**

**Metairie**            **LA**    **70002**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Attorney fees for this case**

Debtor 1 __James__ _____ __Smith, Jr.__ _____   Case number (if known) _____
     First Name     Middle Name     Last Name

## Part 1:   Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

| | $1,200.00 | $1,200.00 | $0.00 |
|---|---|---|---|

__Harrington & Myers__
Priority Creditor's Name
__2901 N. Causeway Blvd.__
Number   Street
__Suite 303__

__Metairie__     __LA__    __70002__
City     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify __Attorney fees for this case__

### 2.3

| | $2,000.00 | $2,000.00 | $0.00 |
|---|---|---|---|

__Internal Revenue Service__
Priority Creditor's Name
__P.O. Box 7346__
Number   Street

__Philadelphia__     __PA__    __19101-7346__
City     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### 2.4

| | $4,500.00 | $4,500.00 | $0.00 |
|---|---|---|---|

__Louisiana Dept of Revenue__
Priority Creditor's Name
__PO Box 66658__
Number   Street

__Baton Rouge__     __LA__    __70896__
City     State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 __James__ _____ __Smith, Jr.__ _____ Case number (if known) _____
First Name    Middle Name    Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with you other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | **Unknown** |

**@ Equifax Information Services LLC**
Nonpriority Creditor's Name
**P.O. Box 740241**
Number    Street

**Atlanta**     **GA**    **30374**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit Bureau, Notice Only__

| 4.2 | | **Unknown** |

**@ experian**
Nonpriority Creditor's Name
**p.o. box 2002**
Number    Street

**Allen**     **TX**    **75013**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit bureau; notice only__

Debtor 1    **James**                          **Smith, Jr.**                  Case number (if known) _____
              First Name    Middle Name          Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |

**4.3**

**Unknown**

**@ Trans Union**
Nonpriority Creditor's Name
**Attn Public Records Dept**
Number    Street
**555 W. Adams St**

**Chicago**              **IL**    **60661**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Credit Bureau; notice only**

---

**4.4**

**$800.00**

**American Infosource**
Nonpriority Creditor's Name
**T-Mobile**
Number    Street
**PO Box 248848**

**Oklahoma City**        **OK**    **73124**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Services**

---

**4.5**

**$1,418.00**

**Louisiana Dept of Revenue**
Nonpriority Creditor's Name
**PO Box 66658**
Number    Street

**Baton Rouge**          **LA**    **70896**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Taxes**

| Debtor 1 | James | | Smith, Jr. | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**ATTORNEY GENERAL OF THE UNITED STATES** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**U.S. DEPARTMENT OF JUSTICE**      Line **2.3** of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
Number   Street
**950 PENNSYLVANIA AVE NW**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**WASHINGTON**     **DC**    **20530**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

**Internal Revenue Service** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**1555 Poydras Street**      Line **2.3** of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
Number   Street
**Suite 220 - Mail Stop 31**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**New Orleans**     **LA**    **70112**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

**Internal Revenue Service** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**P.O. Box 7346**      Line **2.3** of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
Number   Street
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Philadelphia**     **PA**    **19101-7346**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

**La Dept of Revenue-Bankruptcy Section** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**P.O. Box 66658**      Line **4.5** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Number   Street
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Baton Rouge**     **LA**    **70896**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

**La Dept of Revenue-Bankruptcy Section** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**P.O. Box 66658**      Line **2.4** of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
Number   Street
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Baton Rouge**     **LA**    **70896**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

**Louisiana Attorney general** On which entry in Part 1 or Part 2 did you list the original creditor?

Name
**State of Louisiana**      Line **4.5** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Number   Street
**Dept of Justice**                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Baton Rouge**     **LA**    **70804**     Last 4 digits of account number    __ __ __ __
City             State    ZIP Code

---

| Debtor 1 | James | | Smith, Jr. | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Louisiana Attorney general**
Name
**State of Louisiana**
Number      Street
**Dept of Justice**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.4__ of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| **Baton Rouge** | **LA** | **70804** |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___

---

**U.S. ATTORNEY**
Name
**500 POYDRAS ST**
Number      Street
**ROOM B-21-**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| **NEW ORLEANS** | **LA** | **70130** |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___

---

**U.S. ATTORNEY OFFICE**
Name
**CIVIL PROCESS CLERK**
Number      Street
**650 POYDRAS STREET**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __2.3__ of *(Check one):* ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| **NEW ORLEANS** | **LA** | **70130** |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **James**                                    **Smith, Jr.**
            First Name        Middle Name        Last Name            Case number (If known) _____

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
      28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $6,500.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $3,580.00 |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. $10,080.00 |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $2,218.00 |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. $2,218.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
    is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
    executory contracts and unexpired leases.

    **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes
      In which community state or territory did you live?    **Louisiana**    Fill in the name and current address of that person.

      **Lillie Smith**
      Name of your spouse, former spouse, or legal equivalent
      **227 Livas Lane**
      Number    Street

      **Thibodaux**                **LA**      **70301**
      City                         State     ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | operator | cook |
| **Employer's name** | | united vision | Mcdonalds |
| **Employer's address** | | 2951 Hwy 1<br>Number  Street | 167 equity blv d<br>Number  Street |
| | | Labadieville      LA   70372<br>City                State  Zip Code | Houma           LA   70360<br>City                State  Zip Code |
| **How long employed there?** | | dec 2015 | 12/1/15 |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | $1,950.00 | $692.00 |
| 3. | Estimate and list monthly overtime pay. ...............................  3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. ..........................  4. | $1,950.00 | $692.00 |

Debtor 1 **James** _____ **Smith, Jr.** _____    Case number (if known) _____
First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................ → 4. | $1,950.00 | $692.00 |
| **5.** | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions ............... 5a. | $433.33 | $108.00 |
| 5b. | Mandatory contributions for retirement plans ............... 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans ............... 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans ............... 5d. | $0.00 | $0.00 |
| 5e. | Insurance ........................................ 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations ........................... 5f. | $0.00 | $0.00 |
| 5g. | Union dues ........................................ 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify:  state  5h. + | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $433.33 | $108.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $1,516.67 | $584.00 |
| **8.** | **List all other income regularly received:** | | |
| 8a. | Net income from rental property and from operating a ............. 8a. business, profession, or farm | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends ................................... 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a 8c. dependent regularly receive | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation ............................. 8d. | $0.00 | $0.00 |
| 8e. | Social Security ........................................ 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify:  family assistance  8f. | $371.00 | $0.00 |
| 8g. | Pension or retirement income ............................. 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify:  anticpated tax refund  8h. + | $350.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $721.00 | $0.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. ..................... 10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $2,237.67 + | $584.00 = $2,821.67 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. **+**    $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly    12.    $2,821.67
income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    **Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: **James just started working again December 2015. Paid approx. $450 cash per week. Must pay his own taxes.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.
   ☑ Yes. Fill out this information for each dependent..................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 17 | ☐ No ☑ Yes |
| daughter | 13 | ☐ No ☑ Yes |
| daughter | 6 | ☐ No ☑ Yes |
| daughter | 4m | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** ................................................ 4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes .................................................................................................. 4a. _____

   4b. Property, homeowner's, or renter's insurance ................................................... 4b. **$100.00**

   4c. Home maintenance, repair, and upkeep expenses .............................................. 4c. _____

   4d. Homeowner's association or condominium dues ............................................... 4d. _____

Debtor 1 __James__ _____ __Smith, Jr.__ _____ Case number (if known) _____

　　　　First Name　　　　Middle Name　　　　Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans ................................. 5. | |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas ....................................................................................... 6a. | **$300.00** |
| | 6b. Water, sewer, garbage collection ................................................................................. 6b. | **$50.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and................................................................ 6c.<br>cable services | **$110.00** |
| | 6d. Other. Specify: _____ 6d. | **$50.00** |
| 7. | **Food and housekeeping supplies** ..................................................................... 7. | **$500.00** |
| 8. | **Childcare and children's education costs** ..................................................................... 8. | |
| 9. | **Clothing, laundry, and dry cleaning** ..................................................................... 9. | **$50.00** |
| 10. | **Personal care products and services** ..................................................................... 10. | **$20.00** |
| 11. | **Medical and dental expenses** ..................................................................... 11. | **$120.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train ....................................................... 12.<br>fare. Do not include car payments. | **$265.00** |
| 13. | **Entertainment, clubs, recreation, newspapers,** ..................................................... 13.<br>**magazines, and books** | |
| 14. | **Charitable contributions and religious donations** ..................................................... 14. | |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance ....................................................................................... 15a. | |
| | 15b. Health insurance ....................................................................................... 15b. | |
| | 15c. Vehicle insurance ....................................................................................... 15c. | **$230.00** |
| | 15d. Other insurance. Specify: _____ 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ 16. | |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 ....................................................................... 17a. | |
| | 17b. Car payments for Vehicle 2 ....................................................................... 17b. | |
| | 17c. Other. Specify: _____ 17c. | |
| | 17d. Other. Specify: _/ misc expense_ _____ 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** ........ 18.<br>**deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on**<br>**Schedule I: Your Income.** | |
| | 20a. Mortgages on other property ....................................................................... 20a. | |
| | 20b. Real estate taxes ....................................................................... 20b. | |
| | 20c. Property, homeowner's, or renter's insurance ....................................... 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses ....................................... 20d. | |
| | 20e. Homeowner's association or condominium dues ....................................... 20e. | |

| Debtor 1 | James | | Smith, Jr. | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**21. Other.** Specify: _____ 21. **+** _____

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21. ................................................................. 22a. | **$1,795.00** |

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. ................. 22b. | |

22c. Add line 22a and 22b. The result is your monthly expenses. ........................ 22c. | **$1,795.00** |

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I. ..................... 23a. | **$2,821.67** |

23b. Copy your monthly expenses from line 22c above. ..................................... 23b. **–** | **$1,795.00** |

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income. ................................................ 23c. | **$1,026.67** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

01/08/2016 10:41:51am

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **James** | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | **$0.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B......................................................... | **$75,351.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | **$75,351.00** |

## Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$76,505.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$10,080.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$2,218.00** |
| | **Your total liabilities** | **$88,803.00** |

## Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of Schedule I.................................................................. | **$2,821.67** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of Schedule J.......................................................................... | **$1,795.00** |

Debtor 1    **James**                                        **Smith, Jr.**              Case number (if known) _____    09/08/2016 10:41:51am
            First Name        Middle Name        Last Name

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$336.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                          $0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)                  $6,500.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)        $0.00

9d.  Student loans.  (Copy line 6f.)                                                         $0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    $0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** $0.00

9g.  **Total.**  Add lines 9a through 9f.                                                    $6,500.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | | **Smith, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lillie** | | **Smith** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ James Smith, Jr.**
Signature of Debtor 1

X **/s/ Lillie Smith**
Signature of Debtor 2

Date **01/08/2016**
MM / DD / YYYY

Date **01/08/2016**
MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | James | | Smith, Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Lillie | | Smith |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

### Statement of Financial Affairs for Individuals Filing for Bankruptcy          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 __James__ _____ __Smith, Jr.__ _____ Case number (if known) _____ 01/08/2016 10:43:45am
First Name    Middle Name    Last Name

## Part 2:    Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
     Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
     If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

     ☑ No
     ☐ Yes. Fill in the details.

5.   **Did you receive any other income during this year or the two previous calendar years?**
     Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
     unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
     and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
     Debtor 1.

     List each source and the gross income from each source separately. Do not include income that you listed in line 4.

     ☐ No
     ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| From January 1 of the current year until<br>the date you filed for bankruptcy: | _____ | _____ | _____ | _____ |
| For the last calendar year:<br>(January 1 to December 31, __2015__ )<br>YYYY | 35000 | _____ | _____ | _____ |
| For the calendar year before that:<br>(January 1 to December 31, __2014__ )<br>YYYY | 92128 | _____ | _____ | _____ |

Debtor 1 __James_____ __Smith, Jr._____ Case number (if known)_____ 01/08/2016 10:43:45am
     First Name     Middle Name     Last Name

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.**   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are* defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.**   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

.

Debtor 1    __James__                 __Smith, Jr.__          Case number (if known) _____      01/08/2018 10:43:45am
        First Name           Middle Name      Last Name

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, patemity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

   | Nature of the case | Court or agency | Status of the case |
   |---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **James**      **Smith, Jr.**      Case number (if known) _____
    First Name     Middle Name     Last Name           01/08/2016 10:43:45am

---

### Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Harrington & Myers** <br> Person Who Was Paid | | | |
| **2901 N. Causeway Blvd** <br> Number   Street | | **1/8/16** | **$120.00** |
| **Suite 303** | | | |
| **Metairie**    **LA**    **7002** <br> City        State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1     **James**                        **Smith, Jr.**          Case number (if known)

First Name            Middle Name          Last Name

---

### Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes. Fill in the details.

---

### Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

---

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

---

Debtor 1 **James**     **Smith, Jr.**     Case number (if known) _____
      First Name       Middle Name       Last Name

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No. None of the above applies. Go to Part 12.
    ☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes. Fill in the details below.

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ James Smith, Jr.          X /s/ Lillie Smith
    Signature of Debtor 1             Signature of Debtor 2

Date   **01/08/2016**          Date   **01/08/2016**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

04/08/2015 10:42:36am

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

In re **James Smith, Jr.**                       Case No. _____
       **Lillie Smith**

                                            Chapter   **13**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................... **$2,500.00**

   Prior to the filing of this statement I have received...................................... **$120.00**

   Balance Due........................................................................................................ **$2,380.00**

2. The source of the compensation paid to me was:

   ☑ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/08/2016** | **/s/ Elisabeth D. Harrington** | |
| Date | Elisabeth D. Harrington | Bar No. 20852 |
| | Harrington & Myers | |
| | 2901 N. Causeway Blv | |
| | Suite 303 | |
| | Metairie, LA 70002 | |
| | Phone: (504) 861-0550 / Fax: (504) 861-0180 | |

---

**/s/ James Smith, Jr.**

James Smith, Jr.

**/s/ Lillie Smith**

Lillie Smith

In re:   James Smith, Jr.                                    Case No.
         Lillie Smith

## EXHIBIT "A"
### Bankruptcy Rule 2016(b) Disclosure of Fixed Fee Agreement

Elisabeth D. Harrington have agreed to provide the following services to the Debtor(s) on a fixed fee basis for a period ending not less than 120 days after confirmation of Debtor(s)' Chapter 13 plan:

1.    I have agreed to provide the following services to the Debtors(s) on a fixed fee basis:

    A.    Counsel with the Debtor(s) on an as needed basis;

    B.    Prepare and timely file a proposed Chapter 13 plan and any required amendments to the plan;

    C.    Prepare and timely file the required petition, schedules, statement of financial affairs, and all other required documents;

    D.    Prepare and file miscellaneous motions required to protect the Debtor(s)' interests in the case;

    E.    Prepare and file responses to motions filed against Debtor(s)--even if the response is a statement that the Debtors have no opposition to the relief requested;  (Section A only) - and attend the scheduled hearing;

    F.    Attend the §341(a) meeting of creditors;

    G.    Review all proofs of claim filed; file proofs of claim for secured or priority claimants provided for under the plan, if the claimant does not timely file a proof of claim; and modify the plan after confirmation or object should a timely proof of claim require greater distributions than provided for by the confirmed plan;

    H.    Prepare and file objections to claims necessary to confirm, implement or enforce the terms of a plan which could have been brought within 120 days of confirmation;

    I.    Attend the confirmation hearing, if required under the circumstances, including but not limited to if Objection is filed; and

    J.    Advise the Debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

    K..    Prepare and file the necessary pleading's to obtain the entry of a discharge if appropriate.

2.    **The fixed fee agreement does not include the following services:**

    A.    Representation of the Debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

    B.    Representation of the Debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

    C.    Representation of the Debtor(s) in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor(s) and;

    D.    Representation on matters for which the first hearing is set more than 120 days following confirmation.

3.    I have not shared or agreed to share any of the compensation paid or to be paid.  The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

4.    As of the filing of this petition, I have received $120.00 in compensation and $2,380.00 will be paid under the chapter 13 plan.


Dated:  January 8, 2016                      /s/  Elisabeth D. Harrington
                                             Elisabeth D. Harrington

# HARRINGTON &
# MYERS
Attorneys at Law

**James Smith, Jr.**
**Lillie Smith**

**Bankruptcy Representation Agreement**

      This contract of employment is hereby made and entered into by and between, Harrington & Myers, Elisabeth D. Harrington & Kirk L. Myers (hereinafter referred to jointly as Attorney) and Client(s). Attorney and Client do hereby bind and obligate themselves to render the services required upon the following terms and conditions:

      We have discussed the benefits and drawbacks of filing a petition under Chapter 13 and under Chapter 7 of the U.S. Bankruptcy Act. In certain situations, Chapter 13 can be a useful tool to assist persons who have fallen behind in payments to creditors or have other financial difficulties. We will offer our guidance and advice based on the information provided us.

      As we discussed, if you wish to retain our legal services, we will prepare and file a bankruptcy on your behalf under the U.S. Bankruptcy Code, attend the Meeting of Creditors and any related Confirmation Hearing, and advise you generally on your rights and responsibilities in bankruptcy. It is understood that our representation includes you forwarding all scheduled creditor collection calls to our office and you do not want us to forward dunning or collection letters after your case is filed. In the event a scheduled creditor serves you with any legal papers you should immideately telephone our office and file notice of your bankruptcy into the records of the Court where the legal papers are filed.

      As your Bankruptcy attorney your retainer fee secures our services and required amendments through the meeting of creditors. In a chapter 13 our services our secured through confirmation and typically for the following 6 months without further fee. In the vast majority of cases, you will not require any additional legal services other than the occasional telephone call to ask about a related bankruptcy question and you will receive your bankruptcy discharge in due course.

      However, as your attorney we are always available to discuss your bankruptcy case and there is seldom a charge for our time discussing your case. (by seldom, I mean almost never, and never without advanced warning and only in the most unusual of cases) . Accordingly, we have not built into your retainer fees charges for work which is not typical and for which you may never need.

      If additional monies need to be charged for extraordinary work after the time period outlined above, we will reach a new agreement before you have any new obligations to our office. Typically it is only Chapter 13 work which an additional event will occur which will generate another fee. For example, you want to sell your property, or have the need to modify your plan as a result of an unanticipated expense or loss in income. These are routine events in the course of a five year Chapter 13 plan and typically are satisfied with a $350.00 fee. Frequently, this fee can be included within your Chapter 13 plan not requiring any up front money. Naturally, you are always free to retain alternative counsel at your expense if you do not want to reach a new financial agreement with our office. We will gladly forward an electronic copy of your file to the electronic address of your choosing.

      It is agreed that, in consideration of work performed prior to the date of this Agreement and the reservation of our time to properly handle your case through conclusion, the full fee will be deemed earned when paid, and we may immediately deposit the full fee into our general operating account. In a Chapter 13 case, our total fees are set by the court and our disclosed in 11 USC 2016 which attached to your bankruptcy petition.

      In all chapters, it is expressly understood and agreed that this Retainer Agreement does not cover, and we will not automatically represent you at: contested hearings; adversary proceedings; responses to or hearings on Motions to Lift Stay; Motions to Dismiss; Notices of Sale; or any legal services other than those stated above; without a new retainer and an additional fee. In bankruptcy proceedings, the typical fee for our representation in these types of matters is $350.00 to $6000 (higher fees are for contested matters and/or adversary proceedings) in certain situations, (plus costs) and all or part of the fee can generally be added into the repayment plan. , although we have discussed their possibility, no representations can be made regarding the actions any creditor may take. If this case is converted to another Chapter, there will be an additional fee for our representation in that proceeding. (all as specifically delineated by standing order 2011-1)

      To establish our attorney-client relationship, it is the firm's normal practice to receive the full fee in all flat fee cases before starting to represent you. In Chapter 13 cases, and in consideration of your current circumstances we will allow you to pay the fee as indicated in the 2016B attachment to your case which allows our remainder to be paid from the court payments. As you pay the court they will pay us. Please note that we do not accept personal

checks; all payments must be made by cash, certified or treasurer's check, or money order. Generally, speaking our initial fees are earned in full at confirmation and certainly after the bar date in any give Chapter 13.

We reserve the right to file a Proof of Claim in this case and any future case be paid through the Chapter 13 Plan if the balance due has not been paid. You irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of our unpaid fees. If your case is dismissed or converted before our fees are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance of our fees to us directly from funds that could otherwise be returned to you.

Just as you always have the right to terminate your employment of our firm, we may, subject to Court approval, terminate this Agreement at any time and withdraw from representing you if differences arise between us concerning your case or if you do not make the payments required by this Agreement. This agreement shall automatically terminate upon the receipt of your Discharge Order. We cannot and have not guaranteed any specific results in any matter. We have made no representations as to the effect of the bankruptcy on your credit record, the circumstances under which you may be able to obtain credit in the future, or possible federal or state tax implications (and suggest that you have an accountant review such matters). I hereby authorize the secure destruction of my file five years after it is closed by the Bankruptcy Court..

Our firms legal work is limited to Bankruptcy Court and we do not engage in legal work outside the Bankruptcy arena. In the event you require legal assistance in another matter such as divorce, criminal, tort, and/or contract you need to seek alternative legal representation. Further, we are not tax professionals, and can make no representations regarding the tax implications of your bankruptcy filing or any other matter related to it. I strongly recommend that you seek advice from a tax professional, such as a tax attorney or certified public accountant, to discuss such.

Regarding your bankruptcy representation. It is expressly understood and agreed that we will not represent you, we will take no steps to protect your interests, and we are not your attorney until this document has been signed by both of us and returned to our office, and the fee and costs called for have been paid and credited in full.

After your bankruptcy petition is filed, the Court-appointed trustee may require additional information. You must cooperate with the trustee to the fullest extent possible, or the trustee may not recommend approval of your plan or discharge to the Court. Once a Chapter 13 Plan is approved, the Court may require that your payment be made through a payroll deduction from your paycheck.

We rely on your representations as to the completeness and accuracy of your debts and assets, the valuation of your property, your income, the breakdown of your monthly budget and the other information you have provided us. We perform no independent verification or other check of this information, such as obtaining a credit or asset report. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally important that the information included in the bankruptcy schedules be complete and correct to avoid any problems down the road. Therefore, please review carefully all material and information provided us to insure that it is complete and correct.

It is understood and acknowledged that certain debts may not be dischargeable in a Bankruptcy under both Chapter 13 & Chapter 7's. As such, any liens, security interests, homeowners liens and mortgages, are not released upon your discharge. Debts such as student loans, alimony and child support arrearages, and certain priority taxes may not be discharged, and you will need to make arrangements for the payment of such debts or surrender the property securing the debt following the conclusion of your case. You acknowledge that you have been advised to close or spend (keep receipts for daily living expenses) all financial accounts at an entity to whom you owe or may owe money at the time of filing.

If the above is your understanding of our agreement, and is satisfactory to you, please sign this letter and return it to us along with your certified or treasurer's check or money order for our fee, the filing fee and costs. By signing you are acknowledging that this Agreement has been explained to you, that all of your questions have been adequately answered, and that you have received a copy of this Agreement.

Dated:    January 8, 2016

UNDERSTOOD AND AGREED TO:

_____          _____
/S/ **James Smith, Jr.**                            /S/ **Lillie Smith**

**ADDITIONAL CHAPTER 13 ACKNOWLEDGMENT & ADDENDUM'S**

**As a result of the Legal ruling stemming from IN Re Flugence v Axis. It is expressly agreed and understood that Client(s) have an ongoing and continuing obligation to disclose ALL post-petition causes of action to Harrington & Myers, the Chapter 13 trustee and the Bankruptcy Court. Failure to disclose will result in the complete loss of any monies related to the post-petition cause of action.**

Client understand and acknowledge that Client must pay all applicable mortgage company(ies), homeowner's or condominium fees, CERTAIN auto loan(s) and any other secured or leasing creditor(s) the full monthly payment on time once my case is filed. I must file all tax returns on time and pay all taxes incurred after the date of filing. I must pay the Trustee the monthly Chapter 13 Plan payment once my case is filed. If I do not send a payment on time, in full, for my regular monthly payment for my mortgage company(ies), my auto loan(s), any other secured or leasing creditor(s), any taxing authority, the trustee or any creditor to be paid outside the plan, my case may be dismissed and my creditors may begin foreclosure on my property.

Client also understand and agree that if Client does not comply with the foregoing paragraph that any actions to correct the situation resulting thereby are not covered by this Retainer Agreement, and that Attorney will not represent me in such matters unless additional fees are paid.

If during the course of the bankruptcy proceeding you wish to sell real property or any of your other assets, you must let us know well in advance of the transfer so that we can ask the court for approval. Normally there will be a $350 fee for this legal work. If you do not do this, the property or asset may not be able to be legally transferred, which can cause significant problems both with the sale and with your bankruptcy case. You must provide us with a copy of the listing agreement and/or contract for sale of the property before such document is signed by you.

If it is necessary to amend my schedules to add an additional creditor or creditors, or to amend my Chapter 13 Plan, for each amendment, I agree to pay an additional fee to cover court costs, notice and my attorney's time in accordance with 11 USC 2016 and all attachments and addendum's to the 2016 schedule as well as defined by standing order 2011-1.

Client agrees that complex loan history claim analysis is not envisioned in this agreement. In other words neither party to this agreement expects an audit of the loan history of a secured creditor to be included with base fees paid and/or charged in this case. Generally, this type of analysis requires a contested matter and/or adversary proceeding and would be done on an hourly basis if Attorney chooses to represent client in this endeavor. Naturally client is free to retain any counsel of Client's choosing and has the ability to bring this type of litigation in the Court of Client's choosing as this type of litigation may not be limited to Bankruptcy Court. Attorney has filed Client's case based on the balances and past due sums provided by Client, Specifically without an audit or other independent means to verify these numbers. Attorney will gladly amend the plan to provide for any sums higher than originally anticipated and further will reserve all rights for Client to dispute these sums in a separate hearing. However, it is specifically understood and agreed that by filing this Chapter 13, Attorney is not obligated, nor expected to litigate complies loan histories for the sums paid by client for a routine case.

If Client fails to appear for the Meeting of Creditors, Confirmation Hearing, or any other bankruptcy proceeding and it must be rescheduled, And/or if Client fails to provide Attorney with any required asset and employment documents in advance of the Meeting of Creditors, Client agrees to pay all costs associated with the rescheduled or additional hearing and further agrees in advance to authorize Attorney to include these costs within the Chapter 13 plan. Generally speaking, these costs are postage in nature and seldom exceed $50.00 for each event.

Dated:     January 8, 2016

UNDERSTOOD AND AGREED TO:

_____          _____
/S/ **James Smith, Jr.**                                     /S/ **Lillie Smith**


  **/s/ Kirk Myers  /s/ Elisabeth D. Harrington**
**Harrington & Myers**